IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATT MCCORMICK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMERICANS FOR POLICE AND TROOPER SAFETY and POLICE LIVES MATTER,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CASE NO.　4:20-cv-00692-ALM-KPJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Plaintiff Matt McCormick ("McCormick") and Defendants Americans for Police and Trooper Safety and Police Lives Matter (hereinafter "APTS"), respectfully file this stipulation of dismissal with prejudice. This stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This case is voluntarily dismissed with prejudice with each side to bear their own costs and fees.

Respectfully signed on October 30th, 2020.

Matt McCormick
Appearing *pro se*

1

Respectfully submitted on November 2, 2020.

THE BERNHOFT LAW FIRM, S.C.
Attorney for Defendant Americans for
Police and Trooper Safety and Police
Lives Matter


 /s/ Daniel J. Treuden
Daniel Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

## **Certificate of Service**

I hereby certify that on November 2, 2020, I mailed a copy of this Stipulation of Dismissal  to the Plaintiff at Matt McCormick, 720 Red Fox Drive, Prosper, TX 75078.

 /s/ Daniel J. Treuden                    
Daniel Treuden