IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATT McCORMICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:20-cv-692-ALM-KPJ |
| | § | |
| AMERICANS FOR POLICE AND | § | |
| TROOPER SAFETY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff Matt McCormick ("Plaintiff") and Defendants Americans for Police and Trooper Safety and Police Lives Matter's (collectively, "Defendants") joint Stipulation of Dismissal (the "Stipulation") (Dkt. #9). In the Stipulation, the parties request dismissal of all of Plaintiff's claims with prejudice. *See* Dkt. 9.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id.* As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 3rd day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE